**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-7010**

———————

ERIC CHRISTIAN,

Plaintiff - Appellant,

versus

UNITED STATES OF AMERICA; US PROBATION &
PAROLE BOARD,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Benson E. Legg, District Judge. (CA-01-
1354-L)

———————

Submitted: August 23, 2001        Decided: September 5, 2001

———————

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Eric Christian, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Eric Christian appeals the district court's order dismissing his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint, and a subsequent order denying his motion for a certificate of appealability. We have reviewed the record and the district court's opinion and orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Christian v. United States, No. CA-01-1354-L (D. Md. May 17 & June 25, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2